UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

YI-ZARN WANG, M.D.                                      CIVIL ACTION

v.                                                      NO. 17-5134

OCHSNER MEDICAL CENTER -                                SECTION "F"
KENNER, L.L.C., ET AL.

ORDER AND REASONS

Before the Court are requests for oral argument by the defendants on their motions to dismiss.[1]  The requests are DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1.  There is a need for an evidentiary hearing.

2.  The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3.  The motion or opposition papers argue for a change in existing law.

---

[1] Dr. Boudreaux requests oral argument (Record Document 22) on his motion to dismiss (Record Document 21), and the Ochsner entities request oral argument (Record Document 26) on their motion to dismiss (Record Document 25).

1

4.  The motion or opposition papers implicate a constitutional issue.

5.  The case itself is of widespread community interest.

Because the defendants' motions to dismiss do not involve any of the above factors, IT IS ORDERED: that their requests for oral argument on their motions are DENIED.

New Orleans, Louisiana, August 17th, 2017

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE